JUDGE ROBERT J. BRYAN

1

2

3

4

5                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
6                              AT TACOMA

7
UNITED STATES OF AMERICA,          )      NO. CR13-5371RJB
8                                  )
              Plaintiff,           )
9                                  )      ORDER GRANTING MOTION TO
              vs.                  )      CONTINUE SENTENCING DATE
10                                 )
FRED GENE VALDEZ,                  )
11                                 )
              Defendant.           )
12  _____)

13         Upon the stipulation of the parties to continue sentencing in the above-captioned

14  case, the Court finds that such a continuance would serve the ends of justice, therefore,

15         IT IS HEREBY ORDERED that the sentencing date in this matter be continued to

16  December 13, 2013, at 9:30 a.m.

17         DONE this 29th day of August, 2013.

18

19

20         _____
           Robert J Bryan
21         United States District Judge

22  Presented by:

23

24  s/ Jerome Kuh                      s/ Gregory A. Gruber
    Jerome Kuh                         Gregory A. Gruber
25  Attorney for Defendant             Assistant United States Attorney

26

    ORDER GRANTING MOTION                                        **FEDERAL PUBLIC DEFENDER**
    TO CONTINUE SENTENCING DATE            1                     1331 Broadway, Ste. 400
                                                                 Tacoma, Washington  98402
                                                                 (253) 593-6710